THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.  
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Carnie Norris
 III, Appellant.
 
 
 

Appeal from Spartanburg County
J. Derham Cole, Circuit Court Judge

Unpublished Opinion No. 2012-UP-226
 Submitted April 2, 2012  Filed April 18,
2012    

APPEAL DISMISSED

 
 
 
 Appellate Defender Kathrine H. Hudgins, of
 Columbia, and Carnie Norris III, pro se, for Appellant.
 Attorney General Alan Wilson, Chief Deputy
 Attorney General John W. McIntosh, and Senior Assistant Deputy Attorney General
 Salley W. Elliott, all of Columbia; and Solicitor Barry J. Barnette, of
 Spartanburg, for Respondent.
 
 
 

PER CURIAM: Carnie Norris III appeals his conviction of armed robbery, arguing the trial court erred in failing to instruct
 the jury on sections  17-13-10 to -20 of the South Carolina Code (2003), dealing
 with the right of citizens to make arrests.  Additionally, Norris asserts
 several pro se arguments.  After a thorough
 review of the record and all briefs pursuant to Anders v. California,
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss[1] the appeal and grant counsel's motion to be relieved.
APPEAL DISMISSED.
PIEPER,
 KONDUROS, and GEATHERS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.